*Certiorari Denied.*

No. 628.   COMMERCE COMPANY *v.* UNITED STATES. C. A. 5th Cir.   Certiorari denied.   *Ben Connally* for petitioner.   *Solicitor General Perlman, Assistant Attorney General Caudle, Ellis N. Slack* and *Lee A. Jackson* for the United States.   *William A. Sutherland* filed a brief, as *amicus curiae,* supporting the petition.

No. 676.   BAILEY ET AL. *v.* PROCTOR ET AL., RECEIVERS. C. A. 1st Cir.   Certiorari denied.   *Jesse Climenko* and *George Trosk* for petitioners.   *Edward O. Proctor* for Proctor et al.; and *William B. Sleigh, Jr.* for Putnam, Bell, Dutch & Santry, respondents.

No. 677.   WEISSMAN, DOING BUSINESS AS FRED P. WEISSMAN CO., ET AL. *v.* NATIONAL LABOR RELATIONS BOARD.   C. A. 6th Cir.   Certiorari denied.   *Richard C. Stoll* for petitioners.   *Solicitor General Perlman, Robert N. Denham, David P. Findling, Ruth Weyand* and *William W. Kapell* for respondent.

No. 678.   FRED P. WEISSMAN CO. *v.* NATIONAL LABOR RELATIONS BOARD.   C. A. 6th Cir.   Certiorari denied. *Richard C. Stoll* for petitioner.   *Solicitor General Perlman, Robert N. Denham, David P. Findling, Ruth Weyand* and *William W. Kapell* for respondent.

No. 739.   DOAK ET AL. *v.* FEDERAL LAND BANK OF BALTIMORE.   C. A. 4th Cir.   Certiorari denied.